UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PIA D. SACCHETTA, as surviving Parent
of JAMES THOMAS ANGLIN, II, deceased
and PIA D. SACCHETTA, as Personal
Representative of the Estate of JAMES
THOMAS ANGLIN, II, deceased,

    Plaintiffs,

vs.                          CASE NO. 5:19-cv-561-Oc-30PRL

LAKE COUNTY, FLORIDA; LAKE
COUNTY SHERIFF, PEYTON C. GRINNELL;
ZACK MARABLE; and JOSHUA SEARCY,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES

COMES NOW the Plaintiff, PIA D. SACCHETTA, as surviving Parent of JAMES THOMAS ANGLIN, II, deceased and PIA D. SACCHETTA, as Personal Representative of the Estate of JAMES THOMAS ANGLIN, II, deceased, by and through their undersigned counsel, files this Plaintiff's Unopposed Motion for Extension of Expert Disclosures Deadlines and would show unto the Court the following:

1. The Plaintiff's expert disclosure was due on June 1, 2020. The Defendant's expert disclosure is due on July 1, 2020.

2. Unfortunately, the undersigned encountered difficulty in communicating with their retained experts and in obtaining expert reports in order to meet the deadline. Some of those difficulties were due to COVID restrictions and guidelines. While the Plaintiff timely disclosed experts, they did not file accompanying expert reports.

Since filing the disclosure, the Plaintiff has obtained and filed the report of their key standard of care expert, Linda Bernard, RN.  Plaintiff is in the process of obtaining a report from their other expert and anticipate its filing within ten (10) days.

3. In order to facilitate and effectuate proper disclosure of all expert witnesses and reports, the Plaintiff respectfully requests that the deadlines be adjusted to July 1, 2020 for Plaintiff, and August 3, 2020 for the Defendants.  This adjustment will not prejudice either party, and will not cause undue delay as discovery is still ongoing.

4. The undersigned has conferred with counsel for Defendants, and has been authorized to report that the Defendants have no objection to the adjustment in disclosure deadlines.

WHEREFORE, Plaintiff, PIA D. SACCHETTA, as surviving Parent of JAMES THOMAS ANGLIN, II, deceased and PIA D. SACCHETTA, as Personal Representative of the Estate of JAMES THOMAS ANGLIN, II, deceased, respectfully request an Order extending the deadlines for disclosure of expert witnesses to July 1, 2020 for Plaintiff, and August 3, 2020 for Defendants.

RESPECTFULLY SUBMITTED, this 22th day of June, 2020.

/s/ Jack T. Cook
Jack T. Cook, Esquire
FBN 0088589
Morgan & Morgan, P.A.
20 N. Orange Avenue. Ste. 1600
Orlando, FL 32801
Telephone:   (407) 420-1414
Facsimile:    (407) 204-2794
Primary email:       jcook@forthepeople.com
Secondary email:    ksuarez@forthepeople.com
                                    amira@forthepeople.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court by using the eFiling Portal which will send notice of electronic filing to counsel for Defendants, **Bruce R. Bogan, Esquire**, Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, FL 32802-4973, bbogan@hilyardlawfirm.com, msydow@hilyardlawfirm.com.

/s/ *Jack T. Cook*
Jack T. Cook, Esquire
FBN 0088589
Morgan & Morgan, P.A.
20 N. Orange Avenue. Ste. 1600
Orlando, FL 32801
Telephone:     (407) 420-1414
Facsimile:      (407) 204-2794
Primary email:         jcook@forthepeople.com
Secondary email:     ksuarez@forthepeople.com
                                    amira@forthepeople.com
***Attorneys for Plaintiff***